**Syed ASKRI, Debtor–Appellant,**

v.

**FIRST HORIZON BANK, a division of First Tennessee Bank National Assn.; LVE III Homeowners Assn. Inc., Creditors–Appellees,**

and

**Thomas P. Gorman, Trustee–Appellee.**

No. 15–2599

United States Court of Appeals, Fourth Circuit.

Submitted: June 23, 2016

Decided: June 28, 2016

Syed Askri, Appellant Pro Se. Jason Michael Floyd, BWW Law Group, LLC, Richmond, Virginia; Erik William Fox, Rees Broome, PC, Tysons Corner, Virginia; Eva Choi, Office of the Chapter 13 Trustee, Alexandria, Virginia, for Appellees.

Before MOTZ, KING, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Syed Askri appeals the district court's order affirming the bankruptcy court's order denying confirmation of his Chapter 13 plan without leave to amend. We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED